**DISMISS and Opinion Filed April 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01514-CV

**JOHN W. SMITH, Appellant**
**V.**
**COTTAGES AT HICKORY CROSSING, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05504-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The docketing statement and clerk's record in this case are past due. By postcard dated December 18, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. The notice was returned to the court. The clerk's office called appellant and left a voice mail directing appellant to update his address so that the Court could notice appellant about the case. Appellant did not respond. By letter dated February 19, 2019, we notified appellant at his last known address that the Dallas County Clerk had informed the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation

appellant had been found entitled to proceed without payment of costs within ten days.[1]  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not filed the docketing statement, provided the Court with the required documentation, updated his address, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181514F.P05

---

[1] Appellant filed a statement of inability to pay costs.  Our records do not indicate whether the statement was challenged by the County clerk or Court Reporter.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN W. SMITH, Appellant

No. 05-18-01514-CV     V.

COTTAGES AT HICKORY CROSSING, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-05504-E.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered April 3, 2019